AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-1751-NRN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SPARKFUN ELECTRONICS, INC. C/O NATHAN SEIDLE 6333 Dry Creek Parkway Niwot, CO 80503

was received by me on *(date)* 6/30/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Glenn Samala, Authorized Representative, who is designated by law to accept service of process on behalf of *(name of organization)* Sparkfun Electronics, Inc. on *(date)* 7/2/2021 at 11:25 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/4/2021

*Server's signature*

David Owen, Process Server
*Printed name and title*

1067 S Hover St. Unit #600
Longmont, Colorado 80501
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Cover Sheet, Original Complaint for Patent Infringment, Exhibits

Approximate Description of Recipient: White, Male, Brown Hair