## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1751

**ALTAIR LOGIX LLC,**

        Plaintiff,

v.

**SPARKFUN ELECTRONICS INC.,**
   **a Colorado Entity**

        Defendant.

**JURY TRIAL DEMANDED**

**PATENT CASE**

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Altair Logix LLC and Sparkfun Electronics, Inc. hereby stipulate, subject to the approval of the Court, to the dismissal of all claims and counterclaims without prejudice and with each party to bear its own attorneys' fees, costs, and expenses.

October 4, 2021

Respectfully Submitted,

 */s/ Rachael D. Lamkin*
**Rachael D. Lamkin (Bar No. 246066)**
LAMKIN IP DEFENSE
One Harbor Drive, Suite 300
Sausalito, CA 94965
Telephone: (916) 747–6091
RDL@LamkinIPDefense.com

*Attorneys for Defendant*
*SparkFun Electronics, Inc.*

Respectfully Submitted,

 */s/ David R. Bennett*
**David R. Bennett**
(Admitted to the District of Colorado)
Direction IP Law
P.O. Box 14184
2405 N Sheffield Ave #184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

*Attorney for Plaintiff Altair Logix LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically filed foregoing document with the Clerk of Court using CM/ECF which will send electronic notification of such filings or for which I will send the filing by e-mail to the following:

Rachael D. Lamkin
LAMKIN IP DEFENSE
One Harbor Drive, Suite 300
Sausalito, CA 94965
Telephone: (916) 747–6091
RDL@LamkinIPDefense.com

Pursuant to D.C.Colo.LCivR 6.1(c), the foregoing is being provided contemporaneously to Altair Logix IP LLC.

*/s/ David R. Bennett*
David R. Bennett